UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

———————————————————————————————

RICARDO VELASQUEZ,

                        Plaintiff,                    21-cv-4824  (JGK)

            - against -                               ORDER

TULCINGO TRAVEL, CORP and NJB LEX
LLC,

                        Defendants.

———————————————————————————————

JOHN G. KOELTL, District Judge:

      The docket reflects that the summons and complaint were

served on June 14, 2021 but no responsive pleading has been

filed.  The plaintiff should submit an Order to Show Cause for a

Default Judgment supported by a properly executed Certificate of

Default by July 30, 2021 or the case may be dismissed for

failure to prosecute.

      SO ORDERED.

Dated:    New York, New York
          July 23, 2021

                                        _____
                                            John G. Koeltl
                                        United States District Judge

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/23/21

1