UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

RICARDO VELASQUEZ,

              Plaintiff,

   - against -

TULCINGO TRAVEL, CORP. and NJB LEX LLC,

              Defendants.

21 Civ. 4824 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    The parties are directed to submit a Rule 26(f) report by 11/22/21.

SO ORDERED.

Dated:    New York, New York
           November 9, 2021

                                   John G. Koeltl
                            United States District Judge